The Honorable S. Kate Vaughan

FILED _____ ENTERED
LODGED _____ RECEIVED

DEC 21 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. MJ22-594 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATIONS: |
| v. | 18 U.S.C. § 2422(b). |
| CLAYTON HARKER, | 18 U.S.C. § 2251(a), (e) |
| Defendant. | |

BEFORE, the Honorable S. Kate Vaughan, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

## COUNT 1
### (Attempted Enticement of a Minor)

Between in or about November 2022 and inor about December 2022, , in Whatcom County, within the Western District of Washington, and elsewhere, CLAYTON HARKER used a means and facility of interstate and foreign commerce to attempt to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense—to include, RCW 9A.44.073 (Rape of a Child in the First Degree) and the production of child pornography as defined in 18 U.S.C. § 2256(8).

All in violation of Title 18, United States Code, Sections 2422(b), 2427

COMPLAINT/*United States v. Harker*- 1
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2
### (Attempted Production of Child Pornography)

Between in or about November 2022 and in or about December 2022, , in Whatcom County, within the Western District of Washington, and elsewhere, CLAYTON HARKER attempted to employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and transmitting any live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce, such visual depiction was transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a), (e).

And the complainant states that this Complaint is based on the following information:

I, Special Agent Krystle Mendoza, being duly sworn under oath, depose and say:

## INTRODUCTION

1. I am a Special Agent (SA) with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), assigned to the Assistant Special Agent in Charge (ASAC) Blaine, Washington, field office. I have been employed as an HSI Special Agent since 2019. I am currently assigned to the child exploitation unit in the HSI office in Ferndale, WA. I am a law enforcement officer of the United States, within the meaning of Title 18, United States Code, who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United States Code. Prior to this, I worked with the Canada Border Services Agency from 2003 to 2018.

2. In my capacity as a Special Agent, I am responsible for conducting investigations into the numerous federal laws enforced by HSI. I am a graduate of the

COMPLAINT/*United States v. Harker*- 2
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Federal Law Enforcement Training Center (FLETC), Criminal Investigator Training Program as well as HSI Special Agent Training Program. During that training, I learned how to conduct child exploitation investigations. Since then, I have been involved in many child exploitation investigations and have assisted federal and state partners during their investigations. As such, I have become familiar with ways that child pornography is shared, distributed, and/or produced, including the use of various social media websites (Facebook, Twitter, Kik, Snap Chat, Discord, etc.), "cloud" based storage, and peer-to-peer (P2P) networks. Often, individuals involved in child exploitation will collect or store images and/or videos on various media devices they keep at their residences, or in offsite locations such as "cloud" based storage. I have also become familiar with jargon or slang terms that people involved in child exploitation will use to discuss their activities.

3. My training included courses in law enforcement techniques, federal criminal statutes, conducting criminal investigations, and the execution of search warrants. I have participated in the execution of several search warrants which involved child exploitation and/or child pornography offenses and the search and seizure of computers and other digital devices. I have observed and reviewed numerous examples of child pornography in various forms of media, including media stored on digital media storage devices such as computers, tablets, cellphones, etc.

4. I am a member of the Internet Crimes Against Children (ICAC) Task Force in the Western District of Washington, and work with other federal, state, and local law enforcement personnel in the investigation and prosecution of criminal violations relating to child exploitation and child pornography, including violations pertaining to the unlawful production, importation, distribution, receipt, attempted receipt, and possession of child pornography and material involving the sexual exploitation of minors in violation of 18 United States Code §§ 2251, 2252(a), and 2252A(a)(4)(B), 2422, 2243(a)(1).

5. The facts set forth in this Complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this

COMPLAINT/*United States v. Harker*- 3
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. I have not set forth all facts known to me as a result of this investigation but only those facts I believe necessary to establish probable cause to conclude that CLAYTON HARKER committed the offenses charged in this Complaint.

## SUMMARY OF THE INVESTIGATION

6. In November 2022, I received a request from the Homeland Security Investigations (HSI) Portland, Oregon office, SA Clinton Lindsly, to assist in a child exploitation investigation involving an individual using a specific Snapchat account (the SUBJECT USER). That user has been identified as CLAYTON HARKER.

7. On November 4, 2022, the Honorable Jolie A. Russo, United States Magistrate Judge, District of Oregon, authorized a search warrant for content and other records for a Snapchat user identified to be residing in Virginia (the "VIRGINIA SNAPCHAT USER.")

8. On November 8, 2022, Snapchat responded and provided records to the above search warrant via their law enforcement portal. These records were downloaded by SA Lindsly and comprise approximately nine gigabytes of data. The records included media files, chat communications, IP records, subscriber information, and other records.

9. During a preliminary review of the records, SA Lindsly found thousands of media files (photographs and videos) that depicted sexually explicit content involving females, most of whom appeared to be under the age of 18. These files appeared to have been sent and/or received by the VIRGINIA SNAPCHAT USER.

10. The records also included the content of chats between the VIRGINIA SNAPCHAT USER. and hundreds of other Snapchat users. SA Lindsly reviewed several of these chats and noted a reoccurring theme in the message content. The VIRGINIA SNAPCHAT USER was soliciting suspected underage females for sexually explicit content in exchange for money, purporting to represent a modeling agency. In some

COMPLAINT/*United States v. Harker*- 4
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

instances, the VIRGINIA SNAPCHAT USER appeared to extort the minors to obtain additional imagery.

11. Due to the sheer volume of records, a significant amount of time will be required to fully review and analyze the data. However, during the preliminary review SA Lindsly identified chat messages between the VIRGINIA SNAPCHAT USER and another Snapchat user, the SUBJECT USER. The chat logs span June 29, 2022, through October 27, 2022, and included hundreds of messages between the VIRGINIA SNAPCHAT USER and the SUBJECT USER. The chats focused on the sexual exploitation of children and included discussions about sharing child pornography, selling child pornography, collecting child pornography, how to groom children to have them produce child pornography, the sexual trafficking of children, and raping children. The SUBJECT USER said repeatedly that he wanted to rape a child and even offered the VIRGINIA SNAPCHAT USER $1,000 to rape his seven-year-old niece, to which the VIRGINIA SNAPCHAT USER agreed. The SUBJECT USER also said that he is a collector of child pornography, that he has received child pornography, described in detail child pornography he was viewing, and that he distributed child pornography. The following messages are a sample of the messages sent by the SUBJECT USER to the VIRGINIA SNAPCHAT USER:

**June 30, 2022:**
- Ages 8 to 14 is my preference I. Age range
- Will u include some 8 and 10 year olds in the folder?
- Okay. What about the sexy 7 year old, the first minor u sent me? I must have more of her
- Have any videos of the children getting fucked by men?

**July 1, 2022:**
- My child porn addiction is bad
- I love producing child porn. I just d t have access to children.
- Know any girls in Washington state?

**July 3, 2022:**
- Have a video of 3 men on one toddler? One in each hole?
- Know any toddlers that I could rape?

COMPLAINT/*United States v. Harker*- 5
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**July 4, 2022:**
- I'm genuinely excited to see a cute toddler getting raped.

**October 10, 2022:**
- I'm excited to rape a child

12. On November 10, 2022, after reviewing the above chats, SA Lindsly "cold" messaged the SUBJECT USER using an undercover Snapchat account (UC 1) to attempt to discuss the sexual exploitation of children and identify the SUBJECT USER. SA Lindsly's online persona included having a three-year-old child and an eight-year-old niece. The SUBJECT USER told SA Lindsly that his name was "Clayton," and that he resided in Bellingham (Washington).

13. The SUBJECT USER also expressed a strong desire to meet and have sex with SA Lindsly's fictitious daughter and/or niece. The SUBJECT USER said he could travel to Oregon to meet them. The SUBJECT USER offered explicit details about the various acts of sexual abuse he would commit against this young girl and asked if he could take pictures during the sexual encounter.

14. On November 22, 2022, the SUBJECT USER messaged an undercover Snapchat account that I control (UC2). Using this account, I purported to be the eight-year-old girl HARKER hoped to meet and sexually abuse.

15. In the weeks that followed, the SUBJECT USER expressed a strong desire to meet and sexually abuse the person he believed was an eight-year-old girl.

16. Below is a representative sample of the chats between HARKER and the two UC personas. (As noted above, UC1 purported to be an adult male with an eight-year-old niece; UC2 purported to be that niece.).

**November 23, 2022:**
SUBJECT USER:    sent photo of himself (PHOTO 1)
                 that's me
                 I want to show you my penis
                 Badly

COMPLAINT/*United States v. Harker*- 6
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | UC 2: | Ok…Ive only sen daddy's and unkle Js before |
| 2 | SUBJECT USER: | may I show you mine? |
| 3 | | |
| 4 | UC 2: | Sur if you want<br>To |
| 5 | SUBJECT USER: | well I'm touching it now |
| 6 | | Makes it hard<br>I'm gonna send a photo soon |
| 7 | SUBJECT USER: | Sent a photo of a males penis with a green/blue bedsheet in the background and a brown freckle on the right hand side of the shaft of the penis. |
| 8 | | |
| 9 | | |
| 10 | UC 2: | Unkle j toihs his kock |
| 11 | SUBJECT USER: | I touch my cock too.  Do you like my cock? |
| 12 | UC 2: | it big |
| 13 | | Lik lolypop |
| 14 | SUBJECT USER: | Thanks! I'd love to have your mouth on it |
| 15 | | |
| 16 | UC 2: | yum |
| 17 | SUBJECT USER: | I'm excited |
| 18 | | Wanna put it in your puss? |
| 19 | UC 2: | I bett that wud feal good |
| 20 | SUBJECT USER: | yes |
| 21 | | Would you want that? |
| 22 | **November 29, 2022:** | |
| 23 | SUBJECT USER: | I don't have sex a lot though |
| 24 | | Hardly ever<br>I'm excited to see you naked |
| 25 | | Me and your uncle may both fuck your holes |
| 26 | | Sorry |
| 27 | UC 2: | unkle J and I have fun |
| 28 | | Why sorry?? |

COMPLAINT/*United States v. Harker*- 7
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | SUBJECT USER: | I'm not sure |
| 2 | | I hope you and I have fun |
| 3 | | Would you rub your feet on my penis? |

**November 30, 2022:**

SUBJECT USER: I'd like to gangbang you. Me your uncle and dad all fucking you.

UC 2: Daddy let u?

SUBJECT USER: Idk
At least me and your uncle

UC 2: Pllllllease
SUBJECT USER: I'm excited to fuck your holes. Use you like a fuck doll.

UC 2: I lik dollys
I excited

SUBJECT USER: Me too. I'm gonna fuck you so hard and deep. I wanna make you moan.
Can I hear your voice? I can sens u a voice message if u like

UC 2: My mommy is wit me cleanen my rom I sic

SUBJECT USER: I like when little girls like to get used as a sex toy. I'm gonna slam my cock in your pussy as hard as I can
And fuck you like a pornstar

UC 2: a pornstar?
What is it

SUBJECT USER: (sent a photo of his penis. The same brown freckle is noticeable on this picture).

**December 10, 2022:**

SUBJECT USER: I'm super excited to meet you and take photos of you naked
Do you have any friends that like sex too?

UC 2: I don talk aboot it so don't no

COMPLAINT/*United States v. Harker*- 8
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**December 14, 2022:**
UC 1: I gotta head to Vancouver to see my aunt, shes not doing well and could use a emotional boost Rach is gonna come with me
SUBJECT USER: Vancouver NBC? Bc
UC 1: we gonna leave Vancouver on the 20th and can stop in Bellingham if you want to play in our hotel or we are going to push down to seattle
SUBJECT USER: Do I meet you in the parking lot?
UC 1: would u want to meet her alone or with me? I could just leave her in a room for u and give you some special alone time
SUBJECT USER: Sure
I'd like to meet you before I fuck her

**December 15, 2022:**
SUBJECT USER: I'm excited to fuck her.  I'd be down to rub our cocks together too
I'm getting lube today
UC 1: anybody that got 8yo puss would say that it shouldnt be against the law
SUBJECT USER: I agree. Raping toddlers should be done for recreation.
I got lube

**December 16, 2022:**
SUBJECT USER: I'm excited to see your feet and pussy
I'll send you a photo of the lube I got later
I'll need some photos of my penis in your pussy.
And I want you to rub your feet on my cock
UC 2: Why pics
Unkle J take the pics

**December 17, 2022:**
SUBJECT USER: I'd like to start slow.  Just maybe talk for a few minutes.  I'm not super great at talking to kids. And I'm super nervous about doing it with you.
UC 2: Hi. I nervus to
SUBJECT USER: Itll be okay.  I haven't talked to a child in a long time.
Want to be my girlfriend?

COMPLAINT/*United States v. Harker*- 9
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | SUBJECT USER: | Oh. No I had a girlfriend years ago |
| 2 | | Never had one as young as you |
| | | You are 8? |
| 3 | UC 2: | Yeah |
| 4 | SUBJECT USER: | Wow. Yeah I have never had an 8 year old girlfriend |
| 5 | **December 20, 2022:** | |
| 6 | SUBJECT USER: | Hey |
| | | So much snow here |
| 7 | UC 2: | Lot of snow here to |
| 8 | | I so xcited to met u |
| | SUBJECT USER: | I know. I'm excited and nervous. |
| 9 | | I hope you like me |
| 10 | UC 2: | Don be sily |
| | | Of corse I like u |
| 11 | SUBJECT USER: | I want to eat your pussy |
| 12 | | And lay pipe in you |
| | | I'm going to need my penis in your mouth |
| 13 | | If I get too aggressive let me know |
| 14 | UC 2: | Wil u be gentl like unkle J |
| | SUBJECT USER: | Yes. I'll do my best to do so |
| 15 | | I'm going to cum in you |
| 16 | | Want to do some naked modeling for me? |
| | UC 2: | I could do that |
| 17 | | Yes |
| 18 | SUBJECT USER: | Awesome I'll have my camera. |
| | | I'll need a photo of you spreading your pussy |
| 19 | | I haven't rubbed my cock on an 8 year olds feet |
| 20 | | in so long. |
| | | First girl I'll really be able to have good sex |
| 21 | | with |
| 22 | | Of course we cuddle |
| | | I'll need photos of you naked and having sex |
| 23 | | with me |
| 24 | | I'm excited to have sex with you |
| | | I hope my cock can fit in your pussy |
| 25 | UC 2: | we leav soon in 10 |
| 26 | | Ok (kiss) |
| | SUBJECT USER: | Okay. Just message me when u are at the hotel. |
| 27 | | After I'm in the room. And we are are |
| 28 | | snuggling I'll give you my number. |
| | UC 2: | Xcited |

COMPLAINT/*United States v. Harker*- 10
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| | SUBJECT USER: | Byeeeeesee eu soon |
| | SUBJECT USER: | Dont forget to message me love bug |
| | SUBEJCT USER: | We have like 7 inches of snow |
| | | Maybe more. Snowed all night long |
| | | I'm not the most comfortable driving in snow. |
| | | I also don't have chains |
| | | I'd like you to call me Jason when we interact in person |
| | UC 1: | ok we should be landing soon. Can u meet at 330:? |
| | SUBJECT USER: | My roommate has the only 4 wheels drive car. So I have to wait for wait for vhf to get home. Around 3:30 |
| | UC 1: | sweet. That will work out nice |
| | | Give me time to feed her before you stuff her good |
| | SUBJECT USER: | No problem. I'll shower too |
| | | How's this gonna work my man? |
| | UC 1: | ill send u the address in a few minutes |
| | | What kind of car u gonna be driving? |
| | SUBJECT USER: | A dark colored SUV. You? |
| | UC 1: | im at the holiday inn and suites by the airport |
| | | 4260 mitchell way |
| | | Dark hynudi SUV Oregon plate #xjl338 |
| | | It's a santa fe dark blue |
| | | We just checking in so we good |
| | | Let me know when on the way |

17. The SUBJECT USER agreed to meet with UC 1 and UC2 on December 20, 2022, at a hotel in Bellingham, Washington.

18. That afternoon, surveilling law enforcement saw HARKER leave his home in Bellingham in a beige Toyota Rav 4. Surveilling law enforcement then saw HARKER drive directly from his home to the hotel. At approximately 3:58 p.m. surveilling law enforcement watched HARKER get out of his car carrying a black bag and head toward the back door of the hotel. Federal agents approached HARKER and identified themselves as law enforcement, detaining HARKER. After being advised of his

COMPLAINT/*United States v. Harker*- 11
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

constitutional rights, HARKER agreed to be interviewed. He provided the following information during this recorded interview:

- He is the SUBJECT USER who communicated with UC1 and UC2 via Snapchat.
- He purchased lubricant and brought it with him to use during the assault of the eight-year-old girl.
- He brought a black camera bag with a Cyber shot camera and multiple memory cards that he intended to use to film the sexual abuse of this child.
- He intended to have both oral and vaginal sexual intercourse with this young girl.
- He also brought a ski mask to obscure his face while recording his rape of this child.
- He has extorted "a lot" of minors he believed to be between the ages of 11 and 14, threatening to pose sexually explicit imagery of those minors online to coerce them into creating additional sexually explicit imagery for him.
- He has a sexualized interest in children and has viewed and distributed child pornography.
- He is sexually attracted to minors ranging from infants and toddlers to minors in their early teens.
- He regularly gratifies himself while viewing child pornography.
- When he sees children in public, he will later gratify himself while fantasizing about sexually abusing them.

19.     Had HARKER engaged in the sexual acts described above with an eight-year-old girl, he would have violated RCW 9A.44.073 (Rape of a Child in the First Degree).

COMPLAINT/*United States v. Harker*- 12
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

20. Based on the above facts, I respectfully submit that there is probable cause to believe that CLAYTON HARKER committed the offenses charged in this Complaint.

*K. Mendoza*
KRYSTLE MENDOZA, Affiant
Special Agent, HSI

SUBSCRIBED and SWORN to before me this 21st day of December, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

COMPLAINT/*United States v. Harker* - 13
MJ22-594, USAO# 2022R01342

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970